William JACOB, Appellant,

v.

CITY OF KANSAS CITY,
Missouri, Respondent.

No. WD 43989.

Missouri Court of Appeals,
Western District.

Aug. 20, 1991.

Rehearing Denied Oct. 1, 1991.

Ronald E. Finley, Kansas City, for appellant.

Richard N. Ward, City Atty., Norma S. Webster, Asst. City Atty., Kansas City, for respondent.

Before TURNAGE, P.J., and KENNEDY and BRECKENRIDGE, JJ.

#### ORDER

PER CURIAM:

Appeal from a circuit court judgment which affirmed a decision of the Personnel Board of Kansas City, Missouri.

Affirmed.  Rule 84.16(b).